EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4523
First Assistant U.S. Attorney

LORETTA SHEEHAN
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  loretta.sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR04-00443 DAE |
| Plaintiff, ) | INDICTMENT |
| v. ) | |
| DANIEL K. REVUELTO, ) | [18 U.S.C. §§ 922(g)(1); 922(g)(3)] |
| Defendant. ) | |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about October 28, 2004, in the District of Hawaii, defendant, DANIEL K. REVUELTO, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm and

ammunition, to wit, a Ruger .44 caliber revolver, bearing serial number 502-76662 and six (6) .44 caliber Winchester cartridges.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a).

### COUNT 2

The Grand Jury further charges:

On or about October 28, 2004, in the District of Hawaii, defendant, DANIEL K. REVUELTO, being an unlawful user of a controlled substance, as defined in Title 21, U.S.C. Section 802, knowingly possessed in and affecting commerce, a firearm and ammunition, to wit, a Ruger .44 caliber revolver, bearing serial number 502-76662 and six (6) .44 caliber Winchester cartridges.

//
//
//
//
//
//
//
//
//
//
//
//

All in violation of Title 18, United States Code, Section 922(g)(3).

DATED: November 17, 2004 at Honolulu, Hawaii.

A TRUE BILL

/S/

---

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_(signed)_
RONALD G. JOHNSON
Chief, Violent Crime Section

_(signed)_
LORETTA SHEEHAN
Assistant U.S. Attorney

USA v. DANIEL K. REVUELTO
Cr. No.
"Indictment"