IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. _____   U.S. District Court Case No. __04-00443DAE__

Short Case Title __United States v. Daniel Revuelto__

Date Notice of Appeal Filed by Clerk of District Court __November 30, 2005__

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not used) |
|---|---|---|
| | | Voir Dire at 3 o'clock and 10 min P.M. |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| 1/28/05 | Cynthia Fazio | Defendant's Mtn to Dismiss — Pre-Trial Proceedings at 3 o'clock and 30 min P.M. |
| 3/4/05 | Larraine Sinclair-ESR | Change of plea Hearing — Other (please specify) |
| 11/21/05 | Cynthia Fazio | Sentencing |

(additional page for designations if necessary)

( )   I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( )   As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
(X)   As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered __12/13/05__   Estimated date for completion of transcript __1/13/05__

Print Name of Attorney __James Gifford__   Phone Number __(808) 541-2521__

Signature of Attorney _____

Address __300 Ala Moana Blvd., Suite 7104, Honolulu, HI 96820__

**SECTION B** - To be completed by court reporter

I, __Cynthia Fazio__ (signature of court reporter) have received this designation.
(✓) Arrangements for payment were made on __12/19/05__
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).
__22__ Approximate Number of Pages in Transcript--Due Date __1/18/06__

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed __1/18/06__   Court Reporter's Signature __Cynthia Fazio__

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.

__Sue Beitia__   __01/19/06__   BY: __Alison Chaney__
(U.S. District Court Clerk)   (date)   DEPUTY CLERK