United States Court of Appeals for the Ninth Circuit
Record Transmittal Form

Date: May 8, 2006

To: United States Court of Appeals       Attn: ( )   Civil
    For the Ninth Circuit
    Office of the Clerk                        (✓)   Criminal
    95 Seventh Street
    San Francisco, California 94103            ( )   Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:        CR 04-00443DAE         Appeal No:   05-10823

Short Title:  USA vs. Daniel K. Revuelto

*FILED MAY 15 2006 CATHY A. CATTERSON, CLERK U.S. COURT OF APPEALS*

*RECEIVED CLERK, U.S. DISTRICT COURT MAY 22 2006 DISTRICT OF HAWAII*

| Clerk's Files in | 1 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders) docket # |
| Reporter's Transcripts | 1 | volumes (✓) original ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos:

Acknowledgment: _____   Date: 5/16/06

cc: counsel