**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 16 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>DANIEL K. REVUELTO,<br><br>Defendant - Appellant. | No. 05-10823<br><br>D.C. No. CR-04-00443-DAE<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Hawaii
David A. Ezra, District Judge, Presiding

Submitted January 8, 2007[**]

Before: ALARCÓN, HALL, and PAEZ, Circuit Judges.

Daniel K. Revuelto appeals from his guilty-plea conviction for being a felon in possession of a firearm and ammunition, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a), and being an unlawful user of a controlled substance, in possession of a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(3). We have

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] This panel unanimously finds this case suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

jurisdiction under 28 U.S.C. § 1291, and we affirm.

Revuelto contends that 18 U.S.C. § 922(g)'s prohibition of firearm and ammunition possession is an unconstitutional exertion of the government's power to regulate interstate commerce, as applied to Revuelto's intra-state possession of a firearm and ammunition.

This argument, however, was previously rejected by this court in *United States v. Hanna*, 55 F.3d 1456 (9th Cir. 1995), and again in *United States v. Rousseau*, 257 F.3d 925 (9th Cir. 2001). *See United States v. Paopao*, 469 F.3d 760, 767-68 (9th Cir. 2006).

Accordingly, the district court properly denied Revuelto's motion to dismiss, and we affirm.

**AFFIRMED.**

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

FEB 07 2007

by: [signature]
Deputy Clerk