February 21, 2008

# DISTRICT COURT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
### (415) 355-7820

RECEIVED
CLERK U.S. DISTRICT COURT
FEB 26 2008
DISTRICT OF HAWAII

**District Court/Agency:** USDC Hawaii (Honolulu)
**Lower Court Number:** CR-04-00443-DAE
**Appeal Number:** 05-10823
**Short Title:** USA v. Revuelto

**Volumes**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Clerk's Records in:** | 1 | | | 0 | Certified Copy(ies) | | | |
| **Reporters Transcripts in:** | 1 | | | | | | | |
| **Bulky Documents in:** | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | | |
| **State Lodged Docs in:** | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | | |

**Other:**

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.

# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date:  May 8, 2006

To:  United States Court of Appeals   Attn:  ( )  Civil
      For the Ninth Circuit
      Office of the Clerk                   (✓)  Criminal
      95 Seventh Street
      San Francisco, California 94103   ( )  Judge

From:  United States District Court
        300 Ala Moana Blvd. Room C-338
        Honolulu, Hawaii 96813

DC No:          CR 04-00443DAE              Appeal No:   05-10823

Short Title:    USA vs. Daniel K. Revuelto

| | | |
|---|---|---|
| Clerk's Files in | 1 | volumes  (✓) original  ( ) certified copy |
| Bulky docs | | volumes (folders)   docket # |
| Reporter's Transcripts | 1 | volumes  (✓) original  ( ) certified copy |
| Exhibits | | volumes  ( ) under seal |
| | | boxes  ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos:

Acknowledgment: _____  Date: _____

cc: counsel

*[FILED stamp: MAY 15 2006, CATHY A. CATTERSON, CLERK, U.S. COURT OF APPEALS]*

 

**United States Court of Appeals for the Ninth Circuit**
**Records Department**
**95 Seventh Street**
**San Francisco, California 94103**

# MEMORANDUM

Date:     May 2, 2006

TO:       Clerk's Office
          USDC Hawaii (Honolulu)

FROM:     Maureen Candler, Deputy Clerk

SUBJECT:  Request for Record on Appeal

Pursuant to the request of a Judge/Staff Attorney of this court, please transmit the Record on Appeal in the following case.

**Please enclose a copy of this letter with the requested record. Please include all clerks files, reporters transcripts, sealed documents and state lodged documents. Please advise the Records Unit by email at CA09 Records/CA09/09/USCOURTS if this record is only available electronically.**

| Case Number | Title | District Court Number |
|---|---|---|
| 05-10823 | USA v. Revuelto | CR-04-00443-DAE |

**Please send record directly to:**

United States Court of Appeals for the Ninth Circuit
Records Department
95 Seventh Street
San Francisco, California 94103

RECEIVED
CLERK, U.S. DISTRICT COURT

MAY 02 2006

DISTRICT OF HAWAII